

**STARK & STARK**
ATTORNEYS AT LAW

TIMOTHY P. DUGGAN
DIRECT DIAL NUMBER
(609) 895-7353
DIRECT FAX NUMBER
(609) 895-7395
E-MAIL
tduggan@stark-stark.com

OFFICE: 993 LENOX DRIVE  LAWRENCEVILLE, NJ 08648-2389

MAILING: PO BOX 5315  PRINCETON, NJ 08543-5315

609-896-9060 (PHONE)   609-896-0629 (FAX)

WWW.STARK-STARK.COM

January 24, 2022

The Honorable Brian Martinotti
Judge, U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 341
402 E. State Street
Trenton, New Jersey 08608

   Re: Penn East Pipeline Company, LLC Cases
     See Exhibit "A" attached hereto

Dear Judge Martinotti:

  This firm represents numerous private property owners, governmental entities and non-profit organizations (the "Stark & Stark Property Owners") in the various condemnation actions filed by PennEast Pipeline Company, LLC ("PennEast").[1] The Stark & Stark Property Owners filed objections (the "Objections") to PennEast's Notice of Voluntary Dismissals filed in the cases involving the Stark & Stark Property Owners. Please accept this letter as a withdrawal of the Objections and consent to dismissal of the actions, with the exception of the objection filed in case no. 2:18-cv-01776.

Respectfully submitted,

STARK & STARK
A Professional Corporation

By:/s /Timothy P. Duggan_____
  TIMOTHY P. DUGGAN, ESQ.
  MARSHALL T. KIZNER, ESQ.

SO ORDERED:

_____
BRIAN R. MARTINOTTI, U.S.D.J
Dated: 02/01/2022

---

[1] Consistent with procedures used in this case, we will file this letter brief in each case where Stark & Stark appeared for a defendant. The list of cases, subject to final verification, is attached hereto as Exhibit "A".

**EXHIBIT "A"**
**STARK STARK CLIENT LIST BY CASE**

|   | A | C | D |
|---|---|---|---|
| 1 | **Name (Last Name or Entity)** | Case# | |
| 2 | Briede | 2:18-cv- | 01585 |
| 3 | Briehler | 2:18-cv- | 01588 |
| 4 | Caparoso | 2:18-cv- | 01590 |
| 5 | Hopewell Township | 2:18-cv- | 01597 |
| 6 | Hopewell Township | 2:18-cv- | 01603 |
| 7 | Dodds | 2:18-cv- | 01609 |
| 8 | Francescone | 2:18-cv- | 01613 |
| 9 | Hunterdon Land Trust | 2:18-cv- | 01638 |
| 10 | Kasya LLC | 2:18-cv- | 01641 |
| 11 | Kilmer | 2:18-cv- | 01643 |
| 12 | West Amwell Twp | 2:18-cv- | 01643 |
| 13 | Hoff | 2:18-cv- | 01646 |
| 14 | Hunterdon County | 2:18-cv- | 01648 |
| 15 | Nejman | 2:18-cv- | 01658 |
| 16 | Pandy | 2:18-cv- | 01660 |
| 17 | Rothenberg | 2:18-cv- | 01662 |
| 18 | Hunterdon County | 2:18-cv- | 01668 |
| 19 | Hunterdon County | 2:18-cv- | 01669 |
| 20 | LaFevre | 2:18-cv- | 01670 |
| 21 | Hunterdon County | 2:18-cv- | 01672 |
| 22 | Hunterdon County | 2:18-cv- | 01673 |
| 23 | Nanni | 2:18-cv- | 01673 |
| 24 | Hopewell Township | 2:18-cv- | 01684 |
| 25 | Wen | 2:18-cv- | 01684 |
| 26 | Hunterdon County | 2:18-cv- | 01689 |
| 27 | Patricelli | 2:18-cv- | 01694 |
| 28 | Bernet | 2:18-cv- | 01695 |
| 29 | Buchanan | 2:18-cv- | 01697 |
| 30 | Bulger | 2:18-cv- | 01699 |
| 31 | NJ Conservation | 2:18-cv- | 01699 |
| 32 | Delaware Township | 2:18-cv- | 01701 |
| 33 | Hunterdon County | 2:18-cv- | 01701 |
| 34 | DiBianca | 2:18-cv- | 01706 |
| 35 | Hunterdon County | 2:18-cv- | 01709 |
| 36 | Fleischman | 2:18-cv- | 01715 |
| 37 | Hunterdon County | 2:18-cv- | 01721 |
| 38 | Delaware Township | 2:18-cv- | 01722 |
| 39 | Hunterdon County | 2:18-cv- | 01722 |
| 40 | Horchos | 2:18-cv- | 01726 |
| 41 | Johnson | 2:18-cv- | 01729 |
| 42 | Kelly | 2:18-cv- | 01731 |
| 43 | Hunterdon County | 2:18-cv- | 01743 |
| 44 | Mazzei | 2:18-cv- | 01745 |
| 45 | Hunterdon County | 2:18-cv- | 01748 |

**EXHIBIT "A"**
**STARK STARK CLIENT LIST BY CASE**

|  | A | C | D |
|---|---|---|---|
| 46 | McAdam | 2:18-cv- | 01748 |
| 47 | Muench | 2:18-cv- | 01750 |
| 48 | Hopewell Township | 2:18-cv- | 01754 |
| 49 | Delaware Township | 2:18-cv- | 01756 |
| 50 | NJ Conservation | 2:18-cv- | 01756 |
| 51 | Patterson | 2:18-cv- | 01757 |
| 52 | Seggerman | 2:18-cv- | 01759 |
| 53 | Shafer | 2:18-cv- | 01763 |
| 54 | Silkotch | 2:18-cv- | 01765 |
| 55 | Hunterdon County | 2:18-cv- | 01771 |
| 56 | Delaware Township | 2:18-cv- | 01773 |
| 57 | Hopewell Township | 2:18-cv- | 01774 |
| 58 |  | - |  |
| 59 |  |  |  |
| 60 | Hunterdon County | 2:18-cv- | 01779 |
| 61 | Delaware Township | 2:18-cv- | 01798 |
| 62 | Hunterdon County | 2:18-cv- | 01798 |
| 63 | Hunterdon County | 2:18-cv- | 01801 |
| 64 | Cekoric | 2:18-cv- | 01802 |
| 65 | Hunterdon County | 2:18-cv- | 01809 |
| 66 | Hunterdon County | 2:18-cv- | 01816 |
| 67 | Loglisci | 2:18-cv- | 01816 |
| 68 | West Amwell Twp | 2:18-cv- | 01816 |
| 69 | Mountford | 2:18-cv- | 01822 |
| 70 | Hunterdon County | 2:18-cv- | 01832 |
| 71 | West Amwell Twp | 2:18-cv- | 01832 |
| 72 | Straub | 2:18-cv- | 01838 |
| 73 | Hopewell Township | 2:18-cv- | 01845 |
| 74 | Delaware Township | 2:18-cv- | 01846 |
| 75 | Tucci | 2:18-cv- | 01846 |
| 76 | Delaware Township | 2:18-cv- | 01851 |
| 77 | Jones | 2:18-cv- | 01851 |
| 78 | NJ Conservation | 2:18-cv- | 01851 |
| 79 | Delaware Township | 2:18-cv- | 01853 |
| 80 | Hunterdon Land Trust | 2:18-cv- | 01855 |
| 81 | Hunterdon County | 2:18-cv- | 01859 |
| 82 | Hunterdon County | 2:18-cv- | 01863 |
| 83 | Lopshire | 2:18-cv- | 01866 |
| 84 | Magill | 2:18-cv- | 01868 |
| 85 | West Amwell Twp | 2:18-cv- | 01868 |
| 86 | Hunterdon County | 2:18-cv- | 01874 |
| 87 | Hunterdon County | 2:18-cv- | 01896 |
| 88 | Delaware Township | 2:18-cv- | 01897 |
| 89 | Hoffman | 2:18-cv- | 01897 |
| 90 | Hunterdon County | 2:18-cv- | 01905 |
| 91 | Pepperman | 2:18-cv- | 01909 |

**[intentionally blank]** (rows 58–59)

**EXHIBIT "A"**
**STARK STARK CLIENT LIST BY CASE**

|     | A | C | D |
|-----|---|---|---|
| 92  | West Amwell Twp | 2:18-cv- | 01915 |
| 93  | Salata | 2:18-cv- | 01918 |
| 94  | Hunterdon County | 2:18-cv- | 01924 |
| 95  | Delaware Township | 2:18-cv- | 01934 |
| 96  | Switzler | 2:18-cv- | 01934 |
| 97  | Hopewell Township | 2:18-cv- | 01937 |
| 98  | Hunterdon County | 2:18-cv- | 01942 |
| 99  | West Amwell Twp | 2:18-cv- | 01942 |
| 100 | Hopewell Township | 2:18-cv- | 01951 |
| 101 | Hunterdon County | 2:18-cv- | 01973 |
| 102 | Friends Hopewell Valley | 2:18-cv- | 01974 |
| 103 | Hopewell Township | 2:18-cv- | 01974 |
| 104 | Kager | 2:18-cv- | 01983 |
| 105 | DeGrado - left message with new c | 2:18-cv- | 01986 |
| 106 | DePaul | 2:18-cv- | 01989 |
| 107 | Delaware Township | 2:18-cv- | 01990 |
| 108 | Hunterdon County | 2:18-cv- | 01990 |
| 109 | Hunterdon County | 2:18-cv- | 01995 |
| 110 | Hunterdon County | 2:18-cv- | 01996 |
| 111 | Bydalek | 2:18-cv- | 01997 |
| 112 | Hastings/Leap | 2:18-cv- | 01998 |
| 113 | Kager | 2:18-cv- | 01999 |
| 114 | Kager | 2:18-cv- | 02000 |
| 115 | Hunterdon County | 2:18-cv- | 02001 |
| 116 | Kappus | 2:18-cv- | 02001 |
| 117 | Alexandria Twp | 2:18-cv- | 02003 |
| 118 | Hunterdon County | 2:18-cv- | 02003 |
| 119 | Hunterdon County | 2:18-cv- | 02004 |
| 120 | Kursinski | 2:18-cv- | 02004 |
| 121 | Hunterdon County | 2:18-cv- | 02014 |
| 122 | Marcus | 2:18-cv- | 02015 |
| 123 | Hunterdon County | 2:18-cv- | 02016 |
| 124 | Hunterdon County | 2:18-cv- | 02020 |
| 125 | Woodside View Estates | 2:18-cv- | 02025 |
| 126 | Ponter | 2:18-cv- | 02031 |
| 127 | Lamson | 2:18-cv- | 02033 |
| 128 | Kriegler | 2:18-cv- | 02139 |